IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY D. COUNTS,**     **PLAINTIFF**

v.     **Case No. 4:22-cv-00431-KGB**

**CLARK, Sergeant, Pulaski County
Detention Center**, *et al.*     **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition of United States Magistrate Judge J. Thomas Ray (Dkt. No. 9). Plaintiff Timothy D. Counts has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses without prejudice Mr. Counts's complaint for failure to prosecute (Dkt. No. 1).

It is so ordered this 22nd day of August, 2022.

Kristine G. Baker
United States District Judge